■ In the Matter of JOHN ANNUNCIO et al, Appellants, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— In a proceeding by two tenants to review a determination of the State Rent Administrator, the appeal is from an order which denied the petition and dismissed the proceeding. The determination sought to be reviewed denied a protest to an order of the local rent administrator, Brooklyn local rent office, which denied the tenants' application to reopen a determination made by said Administrator on August 18, 1950 increasing their rents. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of HAROLD B. CHIRON et al., Appellants, et al., Petitioner, against ANTHONY J. RIZZARDI, as Assessor of the City of New Rochelle, et al., Respondents.— In a proceeding instituted pursuant to article 13 of the Tax Law by 48 owners of separate parcels of real property to reduce tax assessments, the appeal is from so much of an order as directs that the alleged causes of action set forth in the petition and notice be severed and that each petitioner, except Edna Cohan, serve an amended notice and petition setting forth his or her alleged cause of action for a review of the real property assessment which was contained in the original notice and petition. Order insofar as appealed from affirmed, with $10 costs and disbursements. (*Matter of Allen* v. *Rizzardi,* 5 A D 2d 832.) Nolan, P. J., Wenzel, Hallinan and Kleinfeld, JJ., concur; Murphy, J., dissents and votes to reverse the order and to deny the motion for the same reasons as stated in the dissenting memorandum in *Matter of Allen* v. *Rizzardi* (5 A D 2d 832).

■ In the Matter of the Accounting of KINGS COUNTY TRUST COMPANY, as Temporary Administrator of the Estate of HYMAN MEERBAUM, Deceased. TILLIE R. MEERBAUM et al., as Coadministrators of the Estate of HYMAN MEERBAUM, Deceased, et al., Appellants; GEORGE ROSLING et al., Respondents.— Appeal by the coadministrators, and by one of them individually, from so much of an order of the Surrogate's Court, Kings County, as grants the motion of the attorney for the temporary administrator to eliminate from the demand for a bill of particulars the provisions requiring him to furnish particulars as to the legal services rendered by the individual appellant to the temporary administrator. Order insofar as appealed from affirmed, with $10 costs and disbursements to all parties, except the individual appellant, filing separate briefs, payable out of the estate. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur. [7 Misc 2d 981.]